**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR - 4 2006
BY DAVID J. MALAND, CLERK
DEPUTY _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | NO. 2:06CR ___8___ |
| | § | |
| JOSEPH GONZALEZ III and NICOLAS MANUEL BUCKETT | § § | |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES THAT:

COUNT I

VIOLATION: Title 21, United States Code, Section 846
(Conspiracy to Possess with Intent to Distribute Methamphetamine)

Beginning at a date unknown to the Grand Jury and continuing thereafter up to and through October 26, 2005, in the Eastern District of Texas and elsewhere, JOSEPH GONZALEZ III and NICOLAS MANUEL BUCKETT, defendants charged herein, and JAMES CHARLES TORRENCE, an unindicted co-conspirator, did knowingly and intentionally, conspire, confederate, and agree together, and with others known and unknown to the grand jury, to violate a law of the United States, to wit, Title 21, United States Code, Section 841(a)(1), prohibiting the knowing and intentional possession, with intent to distribute, a controlled substance; to-wit: 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, all in violation of Title 21, United States Code, § 846.

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Criminal Forfeiture Pursuant to 21 U.S.C. § 853

In committing foregoing offenses alleged in this Indictment, JOSEPH GONZALEZ III, and NICOLAS MANUEL BUCKETT, Defendants herein, shall forfeit to the United States pursuant to 18 U.S.C. § 853 any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violations, and/or any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, including but not limited to the following:

**$3,319.00 in United States currency**

By virtue of the commission of the offenses alleged in this Indictment, any and all interest the Defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 853.

4/4/06
DATE

A TRUE BILL,

FOREMAN OF THE GRAND JURY

MATTHEW D. ORWIG
United States Attorney

Jim Noble
Assistant United States Attorney
Eastern District of Texas
Tyler Division

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | NO. 2:05CR_____ |
| | § § | |
| JOSEPH GONZALEZ III, and<br>NICOLAS MANUEL BUCKETT | § | |

## NOTICE OF PENALTY

### COUNT I

VIOLATION:   21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(viii)

PENALTY:   Not less than 10 years or not more than life imprisonment, a fine not to exceed $4 million - supervised release of at least 5 years;

SPECIAL ASSESSMENT:   $100.00