PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT   CASE NO. _____

Matter Sealed: ☐ Juvenile ☒ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

USA vs.

Defendant: Joseph Gonzalez III

Address: 11460 Drummond Dr.
Dallas TX 75228

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT   Eastern Dist./Marshall
DISTRICT OF Texas   Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Jim Noble
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (903) 590-1400

Name of Asst. U.S. Attorney (if assigned): Jim Noble

☐ Interpreter Required   Dialect: _____

Birth Date: 8/16/1975   ☒ Male ☐ Female   ☐ Alien (if applicable)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
TFO Aneshia Bridges - DEA

Social Security Number 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

☐ person is awaiting trial in another Federal or State Court (give name of court)

### DEFENDANT

Issue: ☒ Warrant ☐ Summons

Location Status:

Arrest Date _____ or Date Transferred to Federal Custody _____

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ Currently in Federal Custody
☐ Currently in State Custody
 ☐ Writ Required
☐ Currently on bond
☐ Fugitive

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

MAG. JUDGE CASE NO.

Defense Counsel (if any): _____

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

Place of offense | County

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR - 4 2006
BY DAVID J. MALAND, CLERK
DEPUTY

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts _____

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 21 USC § 846 | Conspiracy to possess with intent to distribute | ☒ Felony ☐ Misdemeanor |
| | | methanphetamine. | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |

SEALED