UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
JOSEPH GONZALEZ III

SEALED

**WARRANT FOR ARREST**

CASE NUMBER: 2:06CR8

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:

**JOSEPH GONZALEZ III
11460 DRUMMOND DR
DALLAS, TEXAS 75228**

and bring him or her forthwith to the nearest magistrate to answer an Indictment

21:USC846 Conspiracy to possess with intent to Distribute Methamphetamine

DAVID J. MALAND, CLERK
U. S. DISTRICT COURT

By: _____[signature]_____ Deputy Clerk          4/4/2006          Tyler, Texas
    Signature of Issuing Officer Deputy          Date and Location

Bail fixed at $ _____ by _____
                                         Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |