UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
JOSEPH GONZALEZ III

~~SEALED~~

**WARRANT FOR ARREST**

CASE NUMBER:   2:06CR8

**To:**   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest:

**JOSEPH GONZALEZ III**



and bring him or her forthwith to the nearest magistrate to answer an Indictment

21:USC846 Conspiracy to possess with intent to Distribute Methamphetamine

DAVID J. MALAND, CLERK
U. S. DISTRICT COURT

By: _____ Deputy Clerk        4/4/2006        Tyler, Texas
Signature of Issuing Officer Deputy      Date and Location

**Bail fixed at $** _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Dallas Texas |

| DATE RECEIVED 4/5/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/10/06 | John Sobrito DSM | |