IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 2:06CR08 |
| | § | (Judge Ward) |
| JOSEPH GONZALEZ III | § | |

## NOTICE OF PLEA AGREEMENT

Now Comes the United States of America by and through its United States Attorney and would show the Court that the Defendant, JOSEPH GONZALEZ, III, and the Government have entered into a written plea agreement in relation to the charges now pending before this Court.

    Respectfully submitted,

    MATTHEW D. ORWIG
    UNITED STATES ATTORNEY

    /s/  Jim Noble
    Jim Noble
    Assistant United States Attorney
    110 N. College, Suite 700
    Tyler, Texas  75702
    (903) 590-1400
    BAR # 15050100

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the notice of plea agreement herein has been served on Mr. Douglas D. Mulder, counsel of record for the defendant, via the court's CM/ECF system on this the 20th day of July, 2006.

    /s/ Jim Noble
    Jim Noble