## FACTUAL BASIS
## FOR GUILTY PLEA OF
## JOSEPH GONZALEZ III

NO. 2:06CR08

U.S. Magistrate Judge Caroline Craven
August 8, 2006

COUNT 1 OF THE INDICTMENT

1. On October 26, 2005, in the Eastern District of Texas, James Torrence placed one or more telephone calls to Joseph Gonzalez III in Dallas, Texas to arrange for the delivery of approximately one pound of Methamphetamine from Joseph Gonzalez III to James Torrence in Dallas, Texas. During the course of their conversations, Joseph Gonzalez advised James Torrence to meet him in the parking lot of a retail store in the Dallas, Texas metroplex area to receive the Methamphetamine.

2. On the same date, in Dallas, Texas, Joseph Gonzalez III met with Nicolas Manuel Buckett, at a residence in Dallas, Texas, to obtain the Methamphetamine that Joseph Gonzalez III intended to deliver to James Torrence. At Joseph Gonzalez III's request, Nicolas Manuel Buckett obtained 377.2 grams of d-Methamphetamine Hydrochloride (actual) by having it delivered to Nicolas Manuel Buckett's vehicle.

3. On the same date, in the Dallas, Texas metroplex area, Joseph Gonzalez III and Nicolas Manuel Buckett traveled together in Buckett's vehicle to a retail store parking lot with the intent to deliver the 377.2 grams of d-Methamphetamine Hydrochloride (actual) to James Torrence.

4. ~~Nicolas Manuel Buckett~~ [Joseph Gonzalez III] acknowledges that these acts constitute a violation of Title 21, United States Code, Section 846. He hereby stipulates that the facts described above are true and correct and accepts them as the uncontroverted facts of this case.

Dated: 8-7-06

_____
Defendant

**Defendant's counsel's signature and acknowledgment:**

I have read this Factual Resume and the Plea Agreement in this matter and have reviewed them with my client, Joseph Gonzalez III. Based upon my discussions with my client, I am satisfied that he understands the terms and effects of the Factual Resume and the Plea Agreement and that he is signing this Factual Resume freely and voluntarily.

Dated: 8-7-06

_____
Doug Mulder
Attorney for Defendant