**CASE NUMBER 2:06-CR-08(01)**    DATE:    1/10/2007

USA      LOCATION:  **Marshall**

    JUDGE:  **Judge T. John Ward**

VS    DEPUTY CLERK:  **Sonja Dupree**

    RPTR/ECRO:  **Susan Simmons**

JOSEPH GONZALEZ III    USPO:  **Keith Wallace**

Defendant    INTERPRETER:  **N/A**

    US ATTORNEY:  **Jim Noble/Jim Noble**

Attorney    assigned/appeared

Douglas D. Mulder    BEGIN:  1:00 p.m.

---

## SENTENCING

X☐ . . . . .    Sentencing called    X☐ . . . . .    ksen. Sentencing held

X☐ . . . . .    Court adopts presentence report

☐ . . . . .    Court adopts presentence report w/exception of:

X☐ . . . . .    Court departs from guidelines    X☐ on motion of the govt  ☐ other _____

| CT | CUSTODY | FINE | REST | PROB | SUP/REL | CC/CS | W/CT | SP/ASESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 55 months | $2,000. Interest waived | | | 5 years | | | $100.00 |
| | | | | | | | | |

SPECIAL CONDITIONS:

X☐ . . . . .    Shall abide by standard conditions of release, to include committing no offenses; federal, state or local and shall not illegally possess a controlled substance.

☐ . . . . .    Court finds mandatory drug test w/in 15 days of release unnecessary

X☐ . . . . .    Dft shall report in person to the probation office in the district to which the dft is released within 72 hrs of release from the custody of the Bureau of Prisons.

X☐ . . . .    Dft shall not possess a firearm or other destructive device.

X☐ . . . . .    Dft shall provide the probation officer with access to any requested financial information.

X☐ . . . . .    Dft shall participate in a program of testing and treatment for alcohol and drug abuse, as directed by the probation officer, until such time as dft is released from the program by the probation officer.

X    Dft shall complete anger management therapy, counseling to assist him to avoid gambling, and any combination of psychiatric, psychological, or mental health treatment as deemed appropriate by the treatment provider.

X    Dft shall not participate in gambling of any kind while on supervised release.

X    Dft shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless payment of any financial obligation ordered by the Court has been paid in full.

☐ . . . . .    Dft shall participate in a program of mental health treatment, as directed by the probation officer, until such time as dft is released from the program by the probation officer.

☐ . . . . .    Dft shall not illegally possess a controlled substance.

X☐ . . . . .    Dft shall cooperate in collection of DNA.

☐ . . . . .    Dft shall perform ____ hrs of community service as directed by the probation officer.

☐ . . . . .    Dft shall be placed on home detention for a period of _____ days/months, to commence (immediately/immediately following release from imprisonment).  During this time dft shall remain at his/ her place of residence except for employment and other activities approved in advance by the probation officer.  Dft shall maintain a telephone at residence without any special services, modems, answering machines, or cordless telephones for the above period.

□ . . . . .     Dft shall reside in a community corrections center for a period of ___ mos to commence on ____, and shall observe the rules and regulations of that facility.

X□ . . . . .     The Court recommends service of sentence at FCI, Texarkana, Texas.

□ . . . . .     Denial of Federal Benefits for a period of _____ years.

X□ . . . . .     The Court recommends that the dft participate in a program of substance abuse treatment while incarcerated, as deemed appropriate by the Federal Bureau of Prisons.

X□ kosurr . .     Dft ordered **to surrender on March 6, 2007 at 10:00 a.m.** to  X□ USM   □ designated institution.

□ ko.bnd . .     Dfts bond □ set □ reduced to $_____□ cash □ surety □ 10% □ PR □ unsecured

X□ kbnd . . .     XBond continued □ previous bond in this case $ _____ type _____ □ other case No. _____

□ kdismcntgv.     Counts _____  dismissed on government' s motion.

□ . . . . .     Dft failed to appear □ Koralo.  Order for arrest warrant □ bond forfeited.

X□ . . . . .     **Dft advised of right to appeal & court appointed counsel.**   □ . . . . Dft remanded to the USM

X□ kpsi. . . .     Presentence Report Sealed.     □ . . . P.S.I (Sentencing Portion Only ) Sealed

□ kminf. . .     □ kexhlst. ... Exhibit List Filed     □ kwitlst. ...Witness List Filed          1:13 adjourned